(130 So. 925)

Cletus E. QUILLER v. STATE.

4 Div. 647.

Court of Appeals of Alabama.
Nov. 11, 1930.

SAMFORD, J.
Appeal dismissed.

(130 So. 926)

Charley RABURN v. STATE.

4 Div. 697.

Court of Appeals of Alabama.
Nov. 11, 1930.

BRICKEN, P. J.
Appeal dismissed.

(131 So. 925)

Ernest RAGLAND et al. v. DODGE–WIL-
LIAMS REALTY CO.

6 Div. 889.

Court of Appeals of Alabama.
Nov. 28, 1930.

PER CURIAM.
Appeal dismissed by consent.

(137 So. 924)

Eddie RAGLAND v. STATE.

6 Div. 104.

Court of Appeals of Alabama.
Nov. 24, 1931.

SAMFORD, J.
Appeal dismissed.

(137 So. 924)

Mack RAINEY v. STATE.

4 Div. 826.

Court of Appeals of Alabama.
Nov. 10, 1931.

BRICKEN, P. J.

This appeal is upon the record proper; there being no bill of exceptions. There was a general verdict of guilty as charged in the indictment. The indictment contained two counts charging appellant with distilling, etc., alcoholic, or spirituous liquors or beverages; and in the second count with the unlawful possession of a still to be used for that purpose. The court sentenced appellant to serve an indeterminate term of imprisonment in the penitentiary of not less than thirteen nor more than fifteen months. There is no error apparent on the record. The judgment of conviction in the lower court will stand affirmed.

Affirmed.

(133 So. 925)

B. F. RALEY, alias, etc., v. STATE.

1 Div. 946.

Court of Appeals of Alabama.

April 14, 1931.

Luther W. Maples, of Gulfport, Miss., for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

BRICKEN, P. J.

Affirmed on authority of T. Williams v. State, ante, p. 225, 133 So. 736; T. Williams v. State, 222 Ala. 688, 133 So. 737.

(138 So. 925)

Burton RAMSEY v. STATE.

3 Div. 705.

Court of Appeals of Alabama.
Jan. 12, 1932.

RICE, J.
Affirmed.